AO 442 (Rev. 5/93) Warrant for Arrest                                          AUSA Kevin Kelley

# United States District Court

| SOUTHERN | DISTRICT OF | OHIO |

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

SHAWN L. MEEKS

CASE NUMBER: 2:10-MJ-427

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **SHAWN L. MEEKS**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment        Information      X Complaint       Order of Court      Violation Notice      Probation Violation Petition

charging him or her with (brief description of offense)
Knowingly, willfully, and unlawfully possess with intent to manufacture, distribute or dispense a controlled substance, that being cocaine and after being previously convicted of a felony, possessed a firearm, that being a Phoenix Arms Model Raven 25 Auto pistol bearing serial number 3219196

in violation of Title __21 and 18__ United States Code, Section(s) __841 (a) (1) and 922(g) (1)__

Mark R. Abel
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Mark R. Abel
Signature of Issuing Officer

Columbus, Ohio
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 91 (Rev. 5/85) Criminal Complaint _____ AUSA Kevin Kelley

# United States District Court

__Southern__ DISTRICT OF __Ohio__

UNITED STATES OF AMERICA

v.

SHAWN L. MEEKS

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:10-mj-427

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 30, 2010__ in __Franklin__ county, in the __Southern__ District of __Ohio__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly, willfully, and unlawfully possess with intent to manufacture, distribute or dispense a controlled substance, that being cocaine and after being previously convicted of a felony, possessed a firearm, that being a Phoenix Arms Model Raven 25 Auto pistol bearing Serial Number 3219196

in violation of Title __21 and 18__ United States Code, Section(s) __841 (a) (1) and 922 (g) (1)__ .

I further state that I am a(n) __FBI SPECIAL AGENT__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_Richard Wozniak_
Signature of Complainant
**Richard Wozniak**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

June 30, 2010 at Columbus, Ohio
Date                                                            City and State

_Mark R Abel_    U.S. Magistrate Judge          _Mark R. Abel_
Name & Title of Judicial Officer                            Signature of Judicial Officer

A F F I D A V I T

Richard A. Wozniak, Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice being duly sworn deposes and states the following:

1. Your affiant has been employed as a Special Agent of the FBI for more than eighteen years. Probable cause exists to show that on or about June 30, 2010, in the Southern District of Ohio, defendant SHAWN L. MEEKS, did knowingly, willfully and unlawfully:

a. Possess with intent to manufacture, distribute or dispense a controlled substance, that being cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

b. After being previously convicted of a felony, possessed a firearm, that being a Phoenix Arms Model Raven 25 Auto pistol bearing Serial Number 3219196, said firearm having previously traveled in interstate commerce in violation of Title 18, United States Code, Section 922(g)(1).

2. This affidavit is based upon my own personal knowledge, my review of law enforcement records and my discussion with other law enforcement officers. The information contained in this affidavit does not describe the entirety of this investigation, but sets forth only those facts necessary to establish probable cause.

3. On June 30, 2010, the Columbus Police Department (CPD) executed a state search warrant at MEEKS' residence located at 1201 Rosehill Road, Apartment C in Reynoldsburg, Ohio (herein after referred to as 1201 Rosehill). MEEKS' three preteen age daughters were the only people present when the search warrant was executed.

4. During the search of 1201 Rosehill, law enforcement officers seized the following items in the master bedroom located on the first floor:

a. An off-white rock like substance wrapped in a plastic sandwich bag, weighing approximately 29 grams. This substance field tested positive for cocaine and has been sent to the CPD laboratory for testing. The test results are pending. The substance was seized from between the sheets on the bed. Your affiant was present during the search and observed the seized off-white rock substance. Based upon your affaint's eighteen years experience of working illegal narcotics investigations, your affiant believes the off-white rock like substance is crack cocaine.

b. A Phoenix Arms Model Raven 25 Auto pistol bearing Serial Number 3219196 with a magazine. There was one round chambered in the pistol and five rounds in the magazine. The pistol was found between the mattress and the box springs of the bed.

   C. Various caliber ammunition.

  5. On June 30, 2010, the Columbus Police Department executed a state search warrant at the residence located at 2794 Howey Road in Columbus, Ohio (herein after referred to as 2794 Howey). This search was conducted prior to the execution of the search warrant at MEEKS' residence located at 1201 Rosehill. MEEKS was present at 2794 Howey when the search was executed.

  6. Approximately 30 grams of an off-white rock like substance and three firearms were seized from 2794 Howey. The off-white rock like substance field tested positive for cocaine and has been sent to the CPD laboratory for testing. The test results are pending. Based upon your affaint's eighteen years experience of working illegal narcotics investigations, your affiant believes the off-white rock like substance is crack cocaine. Just prior to the execution of search warrant MEEKS arrived at 2797 Howey in a red Cadillac. A pistol was seized from a hidden compartment in the dash of this vehicle.

  7. MEEKS was taken to CPD Headquarters for questioning. After being read and waving his Constitutional Rights, MEEKS provided the following information:

   a. MEEKS resides at 1201 Rosehill Road. Several days ago, MEEKS brokered at cocaine deal for a "Nine Pack" (nine ounces of cocaine). MEEKS obtained the cocaine from Jamaican Shorty. MEEKS took out 30 grams of the powder cocaine from the

3

Nine Pack and had Jamaican Shorty cook it into crack cocaine. This was crack cocaine that was in his bed at 1201 Rosehill Road.

        b. MEEKS put the 25 Auto pistol under his bed. The pistol belong to his son. MEEKS took the pistol from his son because he did not want his son to have it.

        C. MEEKS knew there was a pistol located in a hidden compartment of the vehicle that he arrived in at 2794 Howey. The vehicle belonged to his wife and his wife kept the pistol for protection.

        d. MEEKS obtained the various ammunition found at 1201 Rosehill from a friend after a party. MEEKS admitted being a convicted felon and knew that he was not allowed to possess firearms or ammunition.

        8. A check conducted through National Crime Information Center (NCIC) listed MEEKS as being convicted on July 20, 2000 of a F3 felony Tampering with Evidence in Franklin County, Ohio. A Google internet check listed Phoenix Arms Company as being located in Ontario, California.

        9. Your affiant believes that the foregoing information conclusively establishes that on or about June 30, 2010, in the Southern District of Ohio, defendant SHAWN L. MEEKS, did knowingly, willfully and unlawfully:

4

      a. Possess with intent to manufacture, distribute or dispense a controlled substance, that being cocaine, in violation of Title 21, United States Code, Section 841(a)(1)

      b. After being previously convicted of a felony, possessed a firearm, that being a Phoenix Arms Model Raven 25 Auto pistol bearing Serial Number 3219196, said firearm having previously traveled in interstate commerce in violation of Title 18, United States Code, Section 922(g)(1).

*[signature: Richard Wozniak]*

Richard A. Wozniak
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this __1st__ day of July 2010

*[signature: Mark R. Abel]*

Honorable
United States Magistrate Judge

5