# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**SHAWN L. MEEKS,**

    Defendant.

CASE NO.: 2:10-CR-203
CHIEF JUDGE EDMUND A. SARGUS, JR.

## OPINION AND ORDER

On August 28, 2018, Defendant appeared before this Court at a Show Cause Hearing. For the reasons stated in open court, the conditions of Defendant's supervised release are hereby **MODIFIED**. In the next forty-five days, Defendant will participate in mental health treatment services consisting of two mandatory anger management classes and any additional anger management classes required by Defendant's mental health services provider.

**IT IS SO ORDERED.**

8-29-2018
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**